No. 228. NICHOLSON *v.* LOWENSTEIN. Sup. Ct. Ill. Certiorari denied. *William A. Cain* for petitioner.

No. 230. SORENSEN *v.* SWANSON. Sup. Ct. Neb. Certiorari denied. *Ralph R. Bremers* and *William L. Walker* for petitioner.

No. 239. ISAACS ET AL. *v.* CITY OF OKLAHOMA CITY ET AL. Sup. Ct. Okla. Certiorari denied. *Ted R. Fisher* for petitioners. *Roy H. Semtner* and *Walter Powell* for City of Oklahoma City, *James B. White* for Oklahoma City Urban Renewal Authority, *Finis Smith* and *Darven Brown* for Tulsa Urban Renewal Authority, and *Charles E. Norman* for City of Tulsa, respondents.

No. 240. ARKWRIGHT MUTUAL INSURANCE Co. *v.* BARGAIN CITY, U. S. A., INC. C. A. 3d Cir. Certiorari denied. *George E. Beechwood* for petitioner. *Paul L. Jaffe* for respondent.

No. 244. NATOLI *v.* HAMILTON ET AL. Sup. Ct. Pa. Certiorari denied. *Jacob J. Kilimnik* for petitioner. *Brady O. Bryson* for respondents.

No. 245. GROGAN ET AL. *v.* WACHTER. Sup. Ct. Mo. Certiorari denied. *Harry H. Craig* for petitioners. *Harold I. Elbert* for respondent.

No. 248. O'BRIEN *v.* SOCONY MOBIL OIL Co. (SUCCESSOR TO VIRGINIA-CAROLINA CHEMICAL CORP.). Sup. Ct. N. J. and/or Sup. Ct. App. Va. Certiorari denied. *James F. X. O'Brien* for petitioner. *John S. Battle, Jr.,* for respondent.